IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIE L. BURRUS, | ) | CV 17-00381 HG-KSC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ROSE AGUNDA, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 4)

Findings and Recommendation having been filed and served on all parties on August 11, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss the Complaint and Deny the Application to Proceed in Forma Pauperis" (ECF No. 4) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: September 6, 2017, Honolulu, Hawaii.

Helen Gillmor
United States District Judge